William BAYSINGER, Respondent,

v.

COIL CONSTRUCTION, INC., Appellant.

No. WD 61775.

Missouri Court of Appeals, Western District.

May 13, 2003.

Roland P. Walker, Bruce Farmer, Columbia, MO, for appellant.

Randy Charles Alberhasky, Aaron William Sachs, Brett Shields, Springfield, MO, for respondent.

Before RONALD R. HOLLIGER, P.J., PAUL M. SPINDEN, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

Coil Construction, Inc. appeals the decision of the Labor and Industrial Relations Commission awarding benefits to William Baysinger for an injury to his right shoulder. The judgment is affirmed. Rule 84.16(b).